UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO LOPEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA<br><br>            Defendant. | Case No.: ED CV 20-502-DMG (KKx)<br><br>**ORDER APPROVING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [14]** |

Pursuant to the parties' Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(2):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are **DISMISSED** with prejudice; and

2. All dates and deadlines in this action are **VACATED**.

DATED:  July 21, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE